IN THE UNITED STATES DISTRICT COURT OF
THE MIDDLE DISTRICT OF FLORIDA
(ORLANDO DIVISION)

| | |
|---|---|
| ORANGE LAKE COUNTRY CLUB, INC., a Florida corporation, and WILSON RESORT FINANCE, L.L.C., a Florida limited liability company<br><br>    Plaintiffs,<br>vs.<br><br>CASTLE LAW GROUP, P.C., a Tennessee professional corporation, JUDSON PHILLIPS, ESQ., an individual, CASTLE MARKETING GROUP, LLC, a Tennessee limited liability company, CASTLE VENTURE GROUP, LLC, a Tennessee limited liability company, RESORT RELIEF, LLC, a Texas limited liability company, WILLIAM MICHAEL KEEVER, an individual, KEVIN HANSON, an individual, and SEAN AUSTIN, an individual<br><br>    Defendants.<br>_____/ | CASE NO.: 6:17-CV-001044-31-DCI |

## SUMMONS IN A CIVIL ACTION

To:  Castle Law Group, P.C.
     2 International Plaza, Suite 900
     Nashville, TN 37217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jeffrey Backman, Esquire
    Thu Pham, Esquire
    Greenspoon Marder


201 E. Pine Street, Suite 500
Orlando, FL 32801

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __6/8/17__

CLERK OF COURT

_____
*Signature of Clerk of Deputy Clerk*