# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORANGE LAKE COUNTRY CLUB, INC.**
**and WILSON RESORT FINANCE,**
**L.L.C.,**

      **Plaintiffs,**

v.                                      Case No:   6:17-cv-1044-Orl-31DCI

**CASTLE LAW GROUP, P.C., JUDSON**
**PHILLIPS ESQ, CASTLE MARKETING**
**GROUP, LLC, CASTLE VENTURE**
**GROUP, LLC, RESORT RELIEF, LLC**
**and WILLIAM MICHAEL KEEVER,**

      **Defendants.**

## ORDER

This cause comes before the Court on the Motion for Entry of Default Final Judgment against Castle Marketing Group, LLC, and Resort Relief, LLC (Doc. 269), filed April 23, 2019.

On August 16, 2019, United States Magistrate Judge Daniel C. Irick issued a report (Doc. 275) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Default Final Judgment (Doc. 269) is **GRANTED** in part. The Court will enter final default judgment as to liability in favor of Plaintiffs and against Defendant Resort Relief, LLC, on Counts One through Four of the Fourth Amended Complaint (Doc. 223).

The Court awards Plaintiffs $20,262.25 in attorney fees and $465.00 in costs against Defendant Resort Relief, LLC.

3. Plaintiffs are granted thirty days in which to file a motion for permanent injunction and to quantify damages. A failure to timely file such motion will result in an abandonment of the request for damages and permanent injunction against Resort Relief.

4. The motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 5, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party