# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORANGE LAKE COUNTRY CLUB, INC.**
**and WILSON RESORT FINANCE,**
**L.L.C.,**

      **Plaintiffs,**

v.                                     Case No:   6:17-cv-1044-Orl-31DCI

**CASTLE LAW GROUP, P.C., JUDSON**
**PHILLIPS ESQ, CASTLE MARKETING**
**GROUP, LLC, CASTLE VENTURE**
**GROUP, LLC, RESORT RELIEF, LLC**
**and WILLIAM MICHAEL KEEVER,**

      **Defendants.**

## ORDER

This cause comes before the Court on Plaintiffs' Motion for Entry of Permanent Injunction against Resort Relief, LLC (Doc. 279), filed October 3, 2019.

On December 13, 2019, the United States Magistrate Judge issued a report (Doc. 280) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Entry of Permanent Injunction Against Resort Relief, LLC, is **GRANTED** in part.

3. The Clerk is directed to enter final default judgment in favor of Plaintiffs and against Defendant Resort Relief, LLC, on Counts 1 through 4 of the Fourth Amended Complaint (Doc. 223).

4. A permanent injunction is hereby **ENTERED** against Resort Relief, LLC, as follows:

Defendant Resort Relief, LLC, and any of its agents (including independent contractors and local counsel), to the extent those persons are acting as agents or otherwise at the direction of Resort Relief, are hereby permanently enjoined from disseminating false and misleading advertising to owners of timeshare interests with Orange Lake regarding any product, service, plan, or program represented, expressly or by implication, to rescind or terminate a timeshare owner's timeshare interest, promissory note, mortgage, mortgage payments, or maintenance fees.

5. The motion (Doc. 279) is otherwise **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 6, 2020.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party