# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORANGE LAKE COUNTRY CLUB, INC.
and WILSON RESORT FINANCE,
L.L.C.,**

      **Plaintiffs,**

**v.**                                                                                                                                    Case No:   6:17-cv-1044-Orl-31DCI

**CASTLE LAW GROUP, P.C., JUDSON
PHILLIPS ESQ, CASTLE MARKETING
GROUP, LLC, CASTLE VENTURE
GROUP, LLC, RESORT RELIEF, LLC
and WILLIAM MICHAEL KEEVER,**

      **Defendants.**

## ORDER

This cause comes before the Court on Plaintiffs' Renewed Motion for Entry of Default Final Judgment against Castle Marketing Group, LLC (Doc. 277), filed September 16, 2019.

On December 13, 2019, the United States Magistrate Judge issued a report (Doc. 281) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Renewed Motion for Entry of Default Final Judgment (Doc. 277) is **GRANTED** in part. The Clerk is directed to enter final default judgment in favor of Plaintiffs and against Castle Marketing Group, LLC, on Counts 1, 2, 3, and 5 of the Fourth Amended Complaint (Doc. 223).

The Court awards Plaintiffs $8,845.70 in attorney fees and $400.00 in costs against Defendant Castle Marketing Group, LLC.

3. Castle Marketing Group, LLC, and any of its agents (including independent contractors and local counsel), to the extent those persons are acting as agents or otherwise at the direction of Castle Marketing Group, LLC, are hereby permanently enjoined from disseminating false and misleading advertising to owners of timeshare interests with Orange Lake regarding any product, service, plan, or program represented, expressly or by implication, to rescind or terminate a timeshare owner's timeshare interest, promissory note, mortgage, mortgage payments, or maintenance fees.

4. The motion is otherwise **DENIED**.

5. The Clerk is directed to enter judgment for Plaintiffs and against Defendant Castle Marketing Group, LLC, in the amount of $9,245.70 and thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 6, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party